■ SADIE NEWMAN, Respondent, v. LOUIS NEWMAN, Appellant.— In an action for separation, the appeal is from a judgment granting respondent a separation and directing appellant to pay $35 a week alimony and a $350 counsel fee. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ HELEN REDA et al., Appellants, v. FRANK CONGIOLASI et al., Defendants, and MICHAEL RUGGIERO, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, the appeal is from so much of an order of substitution as fixes the lien of the retiring attorney at 15% of the amount of the recovery, which the substituted attorneys are directed to deduct from any recovery, whether by suit, settlement, or otherwise, for payment to the retiring attorney, and from so much of said order as on reargument adhered to the original decision. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ ANNA ROSENZWEIG, Appellant, v. SAMUEL ROSENZWEIG, Respondent. — In an action for separation, the appeal is from so much of the judgment of separation as provides that respondent pay only $75 a week for appellant's permanent support and maintenance, that respondent post security in the sum of only $6,500 and that the security be posted either by surety company bond or by personal sureties. Judgment, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.